**Luzviminda M. BARLIS,**
Claimant–Appellant,

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 01–7105.**

United States Court of Appeals, Federal Circuit.

April 16, 2002.

*ORDER*

Luzviminda M. Barlis ("Barlis") has failed to respond to the court order of September 27, 2001 within the time allowed, to show cause why this appeal should not be dismissed as untimely filed. Prior to the issuance of the show cause order, Barlis neither paid the filing fee nor filed a motion and declaration to proceed in forma pauperis. Barlis also failed to prosecute this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

**Anthony N. MINGLEDOUGH,**
Petitioner,

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

**No. 01–3316.**

United States Court of Appeals, Federal Circuit.

April 16, 2002.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.